Karina K. Acupuncture, P.C., a/a/o Marilyn Oquendo, Plaintiff-Appellant, 
against
MVAIC, Defendant-Respondent.



Plaintiff appeals from an order of the Civil Court of the City of New York, New York County (Debra Rose Samuels, J.), entered March 25, 2015, which granted defendant's motion for summary judgment dismissing the complaint.




Per Curiam. 
Order (Debra Rose Samuels, J.), entered March 25, 2015, reversed, with $10 costs, defendant's motion denied, and the complaint reinstated. 
The defendant MVAIC's motion for summary judgment dismissing this first-party no-fault action should have been denied. MVAIC's conflicting and contradictory submissions - wherein the assignor is variously described as a passenger, pedestrian and operator, of an unknown vehicle, an uninsured vehicle, and a vehicle owned by her husband - create rather than eliminate genuine triable issues of fact (see VS Care Acupuncture, PC v MVAIC, 51 Misc 3d 147[A], 2016 NY Slip Op 50764[U] [App Term, 1st Dept 2016]; Dover Acupuncture, P.C. v Motor Veh. Acc. Indem. Corp., 36 Misc 3d 145[A], 2012 NY Slip Op 51619[U] [App Term, 1st Dept 2012]; Pomona Med. Diagnostic, P.C. v MVAIC, 32 Misc 3d 140[A], 2011 NY Slip Op 51573[U] [App Term, 1st Dept 2011]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 24, 2017